# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

November 9, 2016

MEMO TO COUNSEL RE:  Scientific Specialties Service, Inc. v. Marc Grebow
Civil No. JFM-16-2325

Dear Counsel:

The parties have filed cross-motions for summary judgment.  Plaintiff's motion (document 11) will be denied, and defendant's motion (document 12) will be granted.

The case arises from the settlement of a prior action instituted by plaintiff against defendant in the Circuit Court for Baltimore County, Maryland.[1]  In that litigation plaintiff claimed that it was the owner of two domains, www.scispec.com and www.glassvials.com.  A motion for a preliminary injunction was filed, and an evidentiary hearing on the motion was held on September 8 and 9, 2014.  An issue litigated at the preliminary injunction hearing was the ownership of the two domains.  The preliminary injunction hearing ended with a stipulated order pending trial on the merits.  Thereafter, a settlement agreement was entered into which, *inter alia*, required plaintiff to dismiss with prejudice the action it had filed.  The settlement agreement further provided that defendant was obligated to "surrender any and all shares he owns or has ever owned in . . . [plaintiff]."

In this action plaintiff seeks to have transferred to it the two domains.  Defendant opposes the motion on the ground that the dismissal with prejudice of the prior action has *res judicata* or collateral estoppel effects.  Defendant also takes the position that the settlement agreement did not provide for the transfer of the two domains to plaintiff.

There may be equity in plaintiff's position.  However, the dismissal of the prior litigation with prejudice did have the effect of preventing the relitigation of the identity of the owner of the two domains.  Moreover, the settlement agreement did not provide for the transfer of the domains but only of defendant's interests in plaintiff.

---

[1] There were two other plaintiffs in the Baltimore County action but this does not affect the outcome of the summary judgment motions that have been filed in this action.

A separate order effecting the rulings made in this memorandum is being entered herewith.

Very truly yours,

J. Frederick Motz
United States District Judge